No. 98–49. GRINN v. VILLAGE OF NORTH PALM BEACH ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–51. BASCH ET AL. v. THE GROUND ROUND, INC. C. A. 1st Cir. Certiorari denied.

No. 98–52. DUBIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–53. GOLD v. CITY OF MIAMI ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–56. HARWICK v. ANDERSON, INDIVIDUALLY AND AS SHERIFF OF McCLAIN COUNTY, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–57. D'AURIZIO v. BOROUGH OF PALISADES PARK ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–58. IN RE BRUMLEY. C. A. 8th Cir. Certiorari denied.

No. 98–59. JACKSON v. CSX TRANSPORTATION, INC., ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 98–60. BUCK v. FRIES & FRIES, INC., ET AL., DBA TASTEMAKER. C. A. 6th Cir. Certiorari denied.

No. 98–61. BROOME v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–63. FASONE v. CLINTON TOWNSHIP ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–64. JONES, EXECUTRIX OF THE ESTATE OF JONES, DECEASED v. CONSOLIDATED RAIL CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 98–65. DILLON v. BEELER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–66. KENNEDY v. SCHOENBERG, FISHER & NEWMAN, LTD., ET AL. C. A. 7th Cir. Certiorari denied.